UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**HONORABLE JANIS L. SAMMARTINO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LUIS LOPEZ-OJEDA,<br><br>Defendant. | CASE NO.:  20CR3837-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to the joint motion, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting currently set for March 19, 2021 at 1:30 p.m., be continued to April 23, 2021 at 1:30 p.m. be before Honorable Janis L. Sammartino. The court finds that time is excluded in the interests of justice and pursuant to 18 U.S.C. §3161(h)(1)(D).

**SO ORDERED.**

Dated:  March 16, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20CR3837-JLS